IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

HENRY D. BURTON, )
    Petitioner, )
      ) Civil Action No. 7:05CV00360
v. )
      ) **FINAL ORDER**
      )
COMMONWEALTH OF VIRGINIA, )
    Respondent. ) By: Hon. Glen E. Conrad
      ) United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner shall be **DISMISSED** and the petitioner's motion for summary judgment shall be **DENIED**.

The Clerk is directed to strike the case from the active docket of the court. The Clerk is further directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 22d day of November, 2005.

                                    /s/ Glen E. Conrad
                              United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
NOV 2 2 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK